Cooke, and therefore the Company is not liable, and that the money so deposited was repaid to plaintiff.

HARRY A. DAUGHERTY, for plaintiff in error.

BERNSTEIN & BERNSTEIN, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 89*—*when judgment for money deposited sustained by the evidence.* In an action against a Company to recover money deposited by plaintiff with defendant's cashier for safe-keeping, evidence *held* sufficient to sustain a finding that the money was deposited with the defendant Company and that the money had not been repaid.

---

### Thomas S. Crowe, Defendant in Error, v. Walter B. Templeton, Plaintiff in Error.

### Gen. No. 18,656.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed February 2, 1914.

### Statement of the Case.

Action by Thomas S. Crowe against Walter B. Templeton to recover $411.50 for professional services rendered by plaintiff to defendant and his family as a physician. From a judgment in favor of plaintiff for $139.50, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

ULLMANN, HOAG & DAVIDSON, for plaintiff in error.

FRANK T. MCDERMOTT and FRANK A. RAMACITTI, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

PHYSICIANS AND SURGEONS, § 28*—*when evidence sufficient to sustain judgment for professional services.* In an action by a physician for professional services rendered, amount of judgment recovered by plaintiff, *held* sustained by the evidence.

---

### Max Weinberg for use of Frank A. Flavin, Defendant in Error, v. J. Krueger and Anna E. Krueger, Plaintiffs in Error.

### Gen. No. 18,467.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD A. DICKER, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed February 2, 1914.

### Statement of the Case.

Action by Max Weinberg for the use of Frank A. Flavin against J. Krueger and Anna E. Krueger in garnishment upon· a judgment secured by Flavin against Weinberg for $42.21. Judgment was recovered against defendants jointly in favor of Weinberg as the nominal and Flavin as the beneficial plaintiff for $50.41. To reverse the judgment, defendants prosecuted a writ of error.

BEAUREGARD F. MOSELEY, for plaintiffs in error.

BLUM, WOLFSOHN & BACON, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.